PER CURIAM.
 

 In our opinion in this case issued April 7, 2011, the Court adopted six new Supreme Court Approved Family Law Forms: form 12.970(a) (Petition for Temporary Custody by Extended Family); form 12.970(b) (Petition for Concurrent Custody by Extended Family); form 12.970(c) (Waiver of Service of Process and Consent for Temporary Custody by Extended Family); form 12.970(d) (Waiver of Service of Process and Consent for Concurrent Custody by Extended Family); form 12.970(e) (Order Granting Petition for Temporary Custody by Extended Family); and form 12.970(f) (Order Granting Petition for Concurrent Custody by Extended Family).
 
 See In re Amendments to the Fla. Supreme Court Approved Family Law Forms,
 
 60 So.3d 979 (Fla.2011).
 
 [1]
 
 The six forms were developed in response to recent legislative changes made by chapter 2010-30, Laws of Florida, which was passed by the Florida Legislature and took effect July 1, 2010.
 
 See
 
 ch.2010-30, § 9, Laws of Fla. The Court’s opinion invited interested persons to provide comments on the new forms within sixty days. The Court received one comment from the Florida Department of Revenue (DOR), addressing forms 12.970(e) and 12.970(f).
 
 [2]
 

 Forms 12.970(e) and 12.970© are orders granting petitions for temporary custody by an extended family member and concurrent custody by an extended family member, respectively. The comment from DOR urges the Court to revise the sections in each form pertaining to “Method of Payment” in order to make a number of clarifying changes.
 
 [3]
 
 Upon consideration of DOR’s comment, and with input from the Advisory Workgroup on the Florida Supreme Court Approved Family Law Forms, we amend forms 12.970(e) and 12.970(f) as reflected in the appendix to this opinion. The forms are fully engrossed and ready for use. The forms may also be accessed and downloaded from the Florida State Court’s website at www. flcourts.org/gen_public/family/forms_rules/ index.shtml. By adoption of these forms, we express no opinion as to their correct
 
 *275
 
 ness or applicability. The amendments shall become effective immediately upon release of this opinion.
 

 It is so ordered.
 

 CANADY, C.J., and PARIENTE, LEWIS, QUINCE, POLSTON, LABARGA, and PERRY, JJ., concur.
 

 APPENDIX
 

 APPENDIX
 

 IN THE CIRCUIT COURT OF THE IN AND FOR_ _JUOICIAL CIRCUIT COUNTY, FLORIDA
 

 Case No:
 

 Division:
 

 and Petitioner, Respond e nt/Mother
 

 Respondent/Father.
 

 ORDER GRANTING PETITION FOR TEMPORARY CUSTODY BY EXTENDED FAMILY
 

 This case came before this Court for a hearing on a Petition for Temporary Custody by Extended Family. The Court, having reviewed the file and heard the testimony, makes these findings of fact and reaches these conclusions of law:
 

 SECTION I. FINDINGS:
 

 1. The Court has jurisdiction over the subject matter and the parties.
 

 2. The minor childfren) at issue in this matter are:
 

 Name Date of Birth
 

 3. The Petitioner,
 
 [ful! legal
 
 name}__ Is the
 
 {extended family
 
 relationship}_of the child(ren).
 

 4, The Mother
 
 (full legal
 
 name}__of the child(ren):
 

 Florida Supreme Court Approved Family Law Form 12.970fe|, Order Granting Petition for Temporary Custody by Extended Family 03/12
 

 
 *276
 
 {Choose one only)
 

 _ Filed a Waiver and Consent
 

 _ Was served with the petition and failed to file an Answer
 

 __ Is deceased as evidenced by:_____
 

 _ Objected to the petition. Based upon clear and convincing evidence, the Court finds that the Mother is unfit to provide for the care and control of the chiid(ren). Specifically, the Mother has abused, abandoned, or neglected the child(ren) as defined In Chapter 39, Florida Statutes, It Is in the best Interest of the children} that the Petitioner have temporary custody because:
 
 {facts in support of
 
 finding)_
 

 5. The Father
 
 (full legal
 
 name)___of the children):
 

 (Choose one only)
 

 _ Filed a Waiver and Consent
 

 _ Was served with the petition and failed to file an Answer
 

 _ Is deceased as evidenced by: ____
 

 _ Objected to the petition. Based upon clear and convincing evidence, the Court finds that the Father is unfit to provide for the care and control of the chlld(ren). Specifically, the Father has abused, abandoned, or neglected the child(ren) as defined in Chapter 39, Florida Statutes, it is in the best Interest of the child(ren) that the Petitioner have temporary custody because;
 
 {facts in support of finding}
 

 6. It is in the best interest of the childfren) for the Petitioner to have temporary custody.
 

 SECTION II: TEMPORARY CUSTODY
 

 1. The Petitioner,___, is granted temporary custody of the minor chiid(ren).
 

 2. The Petitioner shall have all the rights and responsibilities of a legal parent.
 

 3. The Petitioner is authorfoed to make all reasonable and necessary decisions for the minor child(ren), including but not limited to:
 

 Florida Supreme Cauri Approved Family Law Form 12.970(e), Order Gramms Petition for Temporary Custody by Extended Family 03/12
 

 
 *277
 
 a) Consent to all necessary and reasonable medical and dental care for the child(ren), Including nonemergency surgery and psychiatric care;
 

 b) Secure copies of the child(ren)'s records, held by third parties, that are necessary for the care of the child(ren), including, but not limited to:
 

 r. Medical, Dental, and psychiatric records;
 

 ii. Birth certificates and other records; and
 

 iii. Educational records.
 

 4, Enroll the chlld(ren) In school and grant or withhold consent for the child(ren) to be tested or placed in special school programs, including exceptional education; and
 

 5. Do all other things necessary for the care of the child(ren).
 

 SECTION III. TEMPORARY TIME-SHARING WITH MINOR CHILDREN)
 

 The parent(s) shall have; {Choose one only)
 

 1._reasonable time-sharing with the minor child(ren) as agreed to by the parties, subject to the following limitations:_
 

 2._the foilowi ng specified time-sharing schedule:
 
 {specify days and times}
 

 Mother's Temporary Time-Sharing Schedule.
 

 Father's Temporary Time-Sharing Schedule.
 

 3. _Time-Sharing in accordance with the temporary Parenting Plan attached as Exhibit_.
 

 4. _( ) Mother ( ) Father shall have No Contact with the minor child(ren) until further order af the Court, due to existing conditions that are detrimental to the welfare of the minor children):
 
 (explain)
 
 ___
 

 SECTION IV. CHILD SUPPORT
 

 1. The Petitioner_did_did not request the establishment of child support Fiarle» Supreme Court Approved Family Law Form 12-970|e|, Order Granting Petition for Temporary Custody by Extended Family 03/12
 

 
 *278
 
 2. _If child support is requested, the parents have received personal or substituted service of process, the petition requests an order for support of the chlld(ren), and there is evidence of the parents' ability to pay the support ordered, The[ ) Mother ( ) Father has the present ability to pay child support.
 

 (Choose one only)
 

 _The amounts in the Chiid Support Guidelines Worksheet, Florida Family law Rules of Procedure Form 12.902(e) filed by the ( ) Mother ( ) Father are correct;
 

 OR
 

 _The Court makes the following findings; The Mother's net monthly Income Is $__, (Child Support Guidelines __%). The Father's net monthly income is S_, (Child Support
 
 Guidelines_%)
 
 Monthly child care costs are $__, Monthly health/dental insurance costs are $_
 

 OR
 

 ) All of die child support or ( } a portion of the child support in the amount of shall be redirected to the Petitioner. _The ( ) Mather
 
 {
 
 ) Father Is currently ordered to pay child support to the other parent in the amount of $_per __as established in the case of
 
 {style afease and number)
 
 ,_ -•
 

 3. Amount
 

 a) Father's Obligation
 

 The Father shall be obligated to pay child support in the amount of $_ for the_children
 
 {total number of parties' minor or dependent children)
 
 commencing _
 
 {month, day, year)
 
 and terminating
 
 _{month, day, year}.
 

 Upon the
 
 termination of
 
 the obligation of child support for one of the parties' children, child support in the amount of S for the remaining__ children
 
 (total number of remaining children}
 
 shall be paid commencing
 
 _{month, day, year}
 
 and terminating___
 
 {month, day, year}.
 

 {Insert paragraph for the chiid support obligation, including the amount, commencement, and termination dotes, for the remaining minor or dependent children, which shaft be payable as the obligation far each chiid ceases.}
 

 The Father shall pay child support until all minor or dependent children: reach the age of 18; become emancipated, marry, join the armed services, die, or become self-supporting;
 
 or
 
 until
 
 further order of
 
 the court
 
 or
 
 agreement of the parties. The child support obligation shall continue beyond the age of 18 and until high school graduation for any child who is dependent in fact, between the ages of 18 and 19,
 
 *279
 
 and is still in high school, performing in good faith with a reasonable expectation of graduation before the age of 19.
 

 
 *278
 
 Honda Supreme Court Approved Family Law Form 12.970(eJ, Order Granting Petition for Temoorary Custody by Fxtended Family 03/12
 

 
 *279
 
 If the child support ordered deviates from the guidelines more than 5%, the factual findings which support that deviation are:_
 

 Child support shall be payable ( ) at least once a month and in accordance with Father's employer's payroll cycle, or ( ) other {explain}_
 

 b) Mother's Obligation
 

 The Mother shall be obligated to pay child sopport in the amount of $_ for the _ children
 
 (tota! number of parties’ minor or dependent children}
 
 commencing_
 
 fmonth, day, year)
 
 and terminating
 
 _{month, day, year}.
 

 Upon the termination of the obligation of child support for one of the parties' children, child support in the amount of $ _for the remaining_ children
 
 {total number of remaining children}
 
 shall be paid commencing _{month,
 
 day, year}
 
 and terminating_
 
 {month, day, year}.
 

 {insert paragraph for the child support obligation, including the amount, commencement, and termination dates, for the remaining minor or
 
 dependent
 
 children which shall be payable as the obligation for each child ceases.}
 

 The Mother shall pay child support until all of the minor or dependent children: reach the age of 18; become emancipated, marry, join the armed services, die, or become self-supporting; or until further order of the court or agreement of the parties. The child support obligation shall continue beyond the age of 18 and until high school graduation for any child who Is dependent in fact, between the ages of IS and 19, and is still in high school, performing In good faith with a reasonable expectation of graduation before the age of 19.
 

 If the child support ordered deviates from the guidelines more than 5%, the factual findings which support that deviation are:_
 

 Child support shall be payable { ) at least once a month and in accordance with the Mother's employer's payroll cycle, or ( ) other {explain}_
 

 Florida Supreme Court Approved Family Law Form 12.970(e), Order Granting Petition tor Temporary Custody by Extended Family
 
 03/12
 

 
 *280
 
 4. Arrearages/Retroactive Child Support
 

 a) The ( ) Mother ( } Father owes child support arrearages in the amount of $_as of (date}_to the other parent. The child support arrearages shall be repaid in the amount of $_per month, payable ( } in accordance with the employer's payroll cycle, and In any event at least once per month { ) other {explain}_ commencing (dote)_, until paid in full including statutory Interest.
 

 b) The { ) Mother ( } Father owes retroactive child support In the amount of $_as of {date}_to the Petitioner. The retroactive child support shall be repaid in the amount of $_per month, payable ( ) in accordance with the employer's payroll cycle, and in any event at least once per month ( )other (explain)_ commencing {dote}_, until paid in full including statutory interest.
 

 5. Insurance
 

 (Choose all that apply)
 

 a) ( ) Mother ( ) Father shall be required to maintain ( ) health and/or ( ) dental Insurance for the parties' minor child(ren), so long as reasonable in cost and accessible to the chlld(ren). The party providing insurance shall be required to convey insurance cards demonstrating said coverage to the Petitioner and other parent.
 

 OR
 

 ( ) health and/or ( ) dental Insurance is either not reasonable in cost or accessible to the child(ren) at this time.
 

 b) _Reasonable and necessary uninsured medical/dental/prescriptlon drug costs for the minor child(ren) shall be assessed as follows:
 

 { ) Shared equally by both parents.
 

 ( ⅜ Prorated according to the child support guidelines percentages.
 

 ( ) Oth er {explain}_
 

 As to these uninsured medlcal/dental/prescrlption drug expenses, the party who incurs the expense shall submit a request for reimbursement to the parent or parents within 30 days, and the parent or parents, within 30 days of receipt, shall submit the applicable reimbursement for that expense.
 

 Florida Supreme Court Approved Family taw Form 12.97D(e], Order Granting Petition far Temporary Custody by Extended Family 03/12
 

 
 *281
 
 SECTION V. METHOD OF PAYMENT
 

 The parent(s) shall pay court-ordered child support and arrearages, if any, as follows:
 

 1. Place of Payment
 

 a) _Parent(s) shall pay court-ordered support directly to either the State Disbursement Unit or the central depository, as required by statute, along with any fee required bystatute-
 

 OR
 

 b) __The Petitioner and the Parent(s) have requested and the Court finds that it is in the best Interest of the child(ren) that support payments need not be directed through either the State Disbursement Unit or the central depository at this time; however, any party may subsequently apply, pursuant to section 61.13|l)(d)(3), Florida Statutes, to require payment through either the State Disbursement Unit or the central depository.
 

 2. income Deduction
 

 (If applicable)
 

 a)_Immediate. ( ) Mother ( ) Father, hereinafter. Obligors), shall pay through Income deduction, pursuant to a separate Income Deduction Order which shall be effective immediately. Obligor Is individually responsible for paying this support obligation until all of said support is deducted from his/her income. Until support payments are deducted, the Obligor k responsible for making timely payments directly to the State Disbursement Unit or the Petitioner as previously set forth in this Order.
 

 b) _Deferred. Income deduction is ordered this day, but it shall not be effective until a delinquency of $_, or, If not specified, an amount equal to one month's obligation occurs. Income deduction ⅛ not being implemented immediately based on the following findings: Income deduction is not in the best interests of the children] because: {explain}_
 

 AND
 

 There Is proof of timely payment of a previously ordered obligation without an Income Deduction Order,
 

 AND
 

 ( ) there Is an agreement by the Obligor(s) to advise the State Disbursement Unit of any change in Payor and/or health Insurance OR ( ) there is a signed, written agreement providing an alternative arrangement between the Petitioner and the Obligor(s).
 

 Florida Supreme Court Approved Family l aw Form 12.970[e>, Order Granting Petition for Temporary Custody by Extended Family 03/1?
 

 
 *282
 
 3. Bonus/one-time payments.
 

 [Choose one only]
 

 ( ) All { )_% ( ) No income paid in the form of a bonus or other similar onetime payment, up to the amount of any arrearage or the remaining balance thereof owed pursuant to this order, shall be forwarded to the Petitioner pursuant to the payment method prescribed above.
 

 4. Other provisions relating to method of payment:_
 

 SECTION VI. ATTORNEY FEES, COSTS, AND SUIT MONEY
 

 [Choose one only)
 

 1. _( ) Petitioner's ( (Respondents' request (s) for attorney fees, costs, and suit money is (are) denied because_
 

 2. _The Court finds there is a need for and ability to pay attorney fees, costs, and suit money. ( [ Petitioner ( | Respondent(s) is (are) ordered to pay the other party $_in attorney fees, and $_in costs. The Court further finds that the attorney fees are awarded based on the reasonable rate of $_per hour and_reasonable hours. Other provisions relating to attorney fees, costs, and suit money are as follows:_.___
 

 SECTION VII. OTHER PROVISIONS
 

 1. Other Provisions _____
 

 2. The Court reserves jurisdiction to modify and enforce this Order for Temporary Custody.
 

 Horlda Supreme Court Approved Family Law Form 12.9701 ⅛ Order Granting Petition for Temporary Custody by Intended Family 03/12
 

 
 *283
 
 DONE AND ORDERED in
 

 Florida on
 
 {date}
 

 CIRCUIT JUDGE
 

 A copy of this Order for Temporary Custody was: [Choose one only)
 

 ( ) mailed { ) faxed and mailed { ) hand delivered to the parties listed below on
 
 ¡date}_by_(clerk of court or designee}.
 

 Petitioner (or his or her attorney)
 

 Respondents (or his or her attorney)
 

 State Disbursement Unit
 

 Other_
 

 florida Supreme Court Approved Family Law Form 12.970(e), Order Granting Petition for Temporary Custody Ov Extended Family 03/12
 

 
 *284
 
 IN THE CIRCUIT COURT OF THE IN AND FOR_ _JUDICIAL CIRCUIT COUNTY, FLORIDA
 

 Case No:
 

 Division:
 

 Petitioner, and Respondent/Father
 

 Respan dent/Mother.
 

 ORDER GRANTING PETITION FOR CONCURRENT CUSTODY BY EXTENDED FAMILY
 

 This case came before this Court for a bearing on a Petition for Concurrent Custody by Extended Family. The Court, having reviewed the file and heard the testimony, makes these findings of fact and reaches these conclusions of law:
 

 SECTION I. FINDINGS:
 

 1. The Court has jurisdiction over the subject matter and the parties.
 

 2. The minor child(ren) at issue in this matter are:
 

 Name Date of Birth
 

 3. The Petitioner,
 
 {full legal name} (extended family
 
 relationship}_ the chiid(ren). is the of
 

 4. The Petitioner currently has physical custody of the child(ren) and has had physical custody of the child(ren) for at least 10 days in any 30-day period within the fast 12 months.
 

 Horda Supreme Court Approved Family Law Form 12.970(f), Order Granting Petition for Concurrent Custody by Extended Family 03/12
 

 
 *285
 
 5. The Petitioner does not heve signed, written documentation from the parent(s) which is sufficient to enable the custodian to do all the things necessary to care for the child(ren) which are available to custodians who have an order for temporary custody by extended family.
 

 6. The Mother
 
 (full
 
 lego/ name}_of the children}; (choose one only)
 

 _ Filed a Waiver and Consent
 

 _, Was served with the petition and failed to file an Answer
 

 _ Is deceased as evidenced by:_
 

 7. The Father
 
 (full legal
 
 name}_ofthc child(ren): (choose one only)
 

 _ Filed a Waiver and Consent
 

 _ Was served with the petition and failed to file an Answer
 

 ___ Is deceased as evidenced by:_
 

 8. it is in the best Interest of the child(ren) for the Petitioner to have concurrent custody.
 

 SECTION II: CONCURRENT CUSTODY
 

 1. The Petitioner. ___, is granted concurrent custody of the minor child(ren).
 

 2. The Petitioner shall have all the concurrent rights and responsibilities of a legal parent.
 

 S. The Petitioner is authorized to make ail reasonable and necessary decisions for the minor children), including but not limited to:
 

 a) Consent to all necessary and reasonable medical and dental care for the children), including nonemergency surgery and psychiatric care;
 

 b) Secure copies of the child(ren)'s records, held by third parties, that are necessary for the care of the child(ren), including, but not limited to:
 

 i. Medical, Oental, and psychiatric records;
 

 II. Birth certificates and other records; and
 

 iii. Educational records.
 

 4. Enroll the child(ren) in school and grant or withhold consent for the child(ren) to be tested or placed in special school programs, including exceptional education; and
 

 5. Do all other things necessary for the care of the children).
 

 Florida Supreme Court Approved Family Law Form 12.970(1], Order Granting Petition for Concurrent Custody by txtended Family 03/12
 

 
 *286
 
 SECTION III. CHILD SUPPORT
 

 1. The Petitioner_did_did not request the establishment of child support.
 

 2.
 
 _If child support Is requested, the parents have received personal or substituted service of process, the petition requests an order for support of the child(ren), and there is evidence of the parents' ability to pay the support ordered. The ( ) Mother ( ) Father has the present ability to pay child support
 

 (Choose one only)
 

 _The amounts In the Child Support Guidelines Worksheet, Florida Family Law Rules of Procedure Form 12.902(e) filed by the ( ) Mother! ) Father are correct;
 

 OR
 

 __The Court makes the following findings: The Mother's net monthly Income Is $_,, (Child Support Guidelines_%). The Father's net monthly Income Is $_ . (Child Support Guidelines_⅝) Monthly child care costs are S_. Monthly heafth/dental insurance costs are $_.
 

 OR
 

 _The ( ) Mother ( ) Father is currently ordered to pay child support to the other parent in the amount of $_per_as established In the case of
 
 (styie of case and
 
 number}_
 

 | All of the child support or ( ) a portion of the child support in the amount of shall be redirected to the Petitioner.
 

 3.Amount
 

 a) Father's Obligation
 

 The Father shall be obligated to pay child support in the amount of $_for the _children
 
 {total number of parties' minor or dependent children}
 
 commencing
 
 _{month, day, year}
 
 and terminating_
 
 {month, day, year}.
 

 Upon the termination of child support for one of the parties' children, child support in the amount of $_for the remaining_children
 
 {total number of remaining children}
 
 shall be paid
 
 commencing__{month, day, year}
 
 and
 
 terminating_(month, day, year}.
 

 (Insert paragraph for the child support obligation, including the amount, commencement, and termination dates, for the remaining minor or dependent children, which shall be payable as the obligation for each child ceases.}
 

 florida Supreme Court Approved Family Law Form 12.970(f), Order Granting Petition far Concurrent Custody by fcxtended Family 03/12
 

 
 *287
 
 The Father shall pay child support until all of the minor or dependent children: reach the age of 18, become emancipated, marry, join the armed services, die, or become self-supporting; or until further order of the court or agreement of the parties. The child support obligation shall continue beyond the age of 18 and until high school graduation for any child who Is dependent In fact, between the ages of 18 and 19, and is still in high school, performing in good faith with a reasonable expectation of graduation before the age of 19.
 

 If the child support ordered deviates from the guidelines more than 5%, the factual findings which support that deviation are: _____
 

 Child support shall be payable ( } at least once a month and in accordance with the Father's employer's payroll cycle, or ( ) other {explain}_
 

 b) Mother's Obligation
 

 The Mother shall be obligated to pay child support in the amount of $_for the _children
 
 {total number of parties' minor or dependent children}
 
 commencing
 
 {month, day, year}
 
 and terminating
 
 __{month, day, year}.
 

 Upon the termination of the obligation of child support for one of the parties' children, child support in the amount of $_for the remaining_children
 
 (total
 
 number
 
 of remaining children}
 
 shall be paid commencing_
 
 {month, day, year)
 
 and
 
 terminating_month, day, year).
 

 {Insert paragraph for the child
 
 support
 
 obligation, including the amount, commencement, and termination dates, for the remaining minor or dependent children, which shall be payable os the obligation for each chad ceases.)
 

 The Mother shall pay child support until all of the minor or dependent children: reach the age of 18; become emancipated, marry, join the armed services, die, or become self-supporting; or until further order of the court or agreement of the parties. The child support obligation shall continue beyond the age of 18 and until high school graduation for any child who is dependent in fact, between the ages of 18 and 19, and is still in high school, performing in good faith with a reasonable expectation of graduation before the age of 19.
 

 Florida Supreme Court Approved Family Law Form 12.970(f), Order Granting Petition for Concurrent Custody by Extended Family 03/12
 

 
 *288
 
 If the child support ordered deviates from the guidelines more than 5%, the factual findings which support that deviation are:_
 

 Child support shall be payable ( ) at least once a month and in accordance with the Mother’s employer's payroll cycle, or ( ) other {explain}______
 

 4. Arrearages/Retroactive Child Support
 

 a( The ( ) Mother { ) Father owes child support arrearages in the amount of $_ as of {date}_ to the other parent. The child support arrearages shall be repaid in the amount of $_ per month, payable < ) In accordance with the employer's payroll cycle, and In any event at least once per month ( pother {explain}_ commencing
 
 ¡date}
 
 _, until paid In full including statutory interest.
 

 b) The (
 
 )
 
 Mother ( ) Father owes retroactive child support In the amount of $_as of (date)_to the Petitioner. The retroactive child support shall be repaid in the amount of $_per month, payable ( ) In accordance with the employer's payroll cycle, and in any event at least once per month ( (other
 
 {explain}
 
 __,_ commencing
 
 (date}
 
 __, until paid in full including statutory interest.
 

 5. Insurance
 

 (Choose all that apply)
 

 a) ( ) Mother ( } Father shall be required to maintain ( ) health and/or ( (dental insurance for the parties' minor child(ren}, so long as reasonable in cost and accessible to the child(ren), The party providing insurance shall be required to convey insurance cards demonstrating said coverage to the Petitioner and other parent.
 

 OR
 

 ( ) health and/or ( } dental insurance is either not reasonable In cost or accessible to the ehild(ren) at this time.
 

 b) _Reasonable and necessary uninsured medical/dental/prescription drug costs for the minor chiid(ren) shall be assessed as follows:
 

 rtoJida Supreme Court Approved Family taw Form 12.970(f), Order Granting Petition for Concurrent Custody by Extended Family Q3A2
 

 
 *289
 
 ( } Shared equally by both parents.
 

 ( ) Prorated according to the child support guidelines percentages.
 

 { ) Other {explain}__
 

 As to these uninsured medical/dental/prescrlption drug expenses, the party who incurs the expense shall submit a request for reimbursement to the parent or parents within 30 days, and the parent or parents, within 30 days of receipt, shall submit the applicable reimbursement for that expense.
 

 SECTION ÍV. METHOD OF PAYMENT
 

 The parent(s) shall pay court-ordered child support and arrearages, if any, as follows:
 

 1. Place of Payment
 

 a)_Parents shall pay court-ordered support directly to either the State Disbursement Unit or the central depository, as required by statute, along with any applicable fee required by statute.
 

 OR
 

 b)_The Petitioner and the Parents have requested and the court finds that it is in the best interest of the children) that support payments need not be directed through either the State Disbursement Unit or the central depository at this time; however, any party may subsequently apply, pursuant to section 61.13(l)fd)(3], Florida Statutes, to require payment through either the State Disbursement Unit or the central depository.
 

 2. Income Deduction
 

 (If applies)
 

 a) _immediate. ( ) Mother ( ) Father, hereinafter, Obligorfs), shall pay through income deduction, pursuant to a separate Income Deduction Order which shall be effective immediately. Obligor is individually responsible for paying this support obligation until all of said support is deducted from his/her income. Until support payments are deducted, the Obligor is responsible for making timely payments directly to the State Disbursement Unit or the Petitioner as previously .set forth in this Order.
 

 b) _Deferred. Income deduction is ordered this day, but It shall not be effective until a delinquency of $_, or, if not specified, an amount equal to one month's obligation occurs. Income deduction ⅛ not being implemented immediately based on the following findings: Income deduction is not in the best interests of the chlld(ren) because: {explain}_
 

 Florida Supreme Court Approved Family Law Form 12.97Q(f}, Order Granting Petition for Concurrent Custody by Extended Fami'.y 03/12
 

 
 *290
 
 AND
 

 There is proof of timely payment of a previously ordered obligation without an Income Deduction Order,
 

 ANO
 

 ( ) there is an agreement by the Obligor(s) to advise the State Disbursement Unit of any change in Payor and/or health insurance OR ( ) there is a signed, written agreement providing an alternative arrangement between the Petitioner and Obllgor(s).
 

 3, Bonus/one-time payments.
 

 [Choose one only)
 

 ( ) All ( )
 
 __%
 
 ( ) No Income paid in the form of a bonus or other similar onetime payment, up to the amount of any arrearage or the remaining balance thereof owed pursuant to this order, shall be forwarded to the Petitioner pursuant to the payment method prescribed
 
 above.
 

 4. Other provisions relating to method of payment:__
 

 SECTION V. ATTORNEY FEES, COSTS, AND SUIT MONEY
 

 {Choose one only)
 

 1. _( ) Petitioner's ( ) Respondents' requests) for attorney fees, costs, and suit money is (are) denied because _______
 

 2._The Court finds there is a need for and ability to pay attorney fees, costs, and soil money. ( ) Petitioner { ) Respondent(s) is (are) ordered to pay the other party $_in attorney fees, and $_in costs. The Court further finds that the attorney fees are awarded based on the reasonable rate of $_per hour and_reasonable hours. Other provisions relating to attorney fees, costs, and suit money are as follows:_
 

 SECTION VI. OTHER PROVISIONS
 

 1. Other Provisions_
 

 Florida Supreme Court Approved Family law Form 12.970(f), Order Granting Petition for Concurrent Custody by Extended Family 03/12
 

 
 *291
 
 2. The Court reserves Jurisdiction to modify and enforce this Order for Concurrent Custody.
 

 3. The granting of concurrent custody does not affect the ability of the child(ren)'s parent or parents to obtain physical custody of the child(ren) at any time.
 

 DONE AND ORDERED In_ . Florida on {date)__
 

 CIRCUIT JUDGE
 

 A copy of this Order for Concurrent Custody was:
 

 [Choose one only] ( ) mailed ( ) faxed and mailed [ ) hand delivered to the parties listed below on (date)_by_.
 
 {Clerk of court or designee}
 

 Petitioner (or his or her attorney)
 

 Respondents (or his or her attorney)
 

 State Disbursement Unit or Central Depository
 

 Other_
 

 Florida Supreme Court Approved Family Law form 12.970(1), Order Granting Petition for Concurrent Custody by Extended Family 03/12
 

 [1]
 

 . Pursuant to our opinion in
 
 Amendments to the Florida Family Law Rules of Procedure & Family Law Forms,
 
 810 So.2d 1, 13-14 (Fla.2000), this Court internally reviews and maintains the Florida Supreme Court Approved Family Law Forms.
 

 [2]
 

 . We have jurisdiction.
 
 See
 
 art. V, § 2(a), Fla. Const.
 

 [3]
 

 . In form 12.970(e), section V addresses "Method of Payment.” In form 12.970(f), section IV addresses “Method of Payment.”